

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00832-CV

Maryvel **SUDAY**, Independent Executor to Petitioner, Olga Tamez de Suday,
Appellant

v.

Jesus Lozano **SUDAY,**
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3,625 CCL
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Counsel for appellant has filed a Motion for Leave to Withdraw. Counsel's motion meets the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5. We GRANT counsel's motion to for leave to withdraw.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court